UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANITA GLENN,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>                Defendant. | No.  CV-09-3014-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION TO REMAND<br>(Ct. Rec. 27) |

    The parties have filed a stipulated motion for remand of this case to the Commissioner for further administrative proceedings. (**Ct. Rec. 27**).  The parties have filed a consent to proceed before a magistrate judge.  (Ct. Rec. 8).

    After considering the stipulation, **IT IS ORDERED** that the above-captioned case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the Administrative Law Judge will further evaluate the opinions of Dr. Laufer (Tr. 218-219), Dr. Foote (Tr. 222-225), Dr. Singel (Tr. 262-263), and Dr. Albustami (Tr. 289-292). The ALJ will reassess plaintiff's RFC and re-evaluate plaintiff's subjective complaints and credibility. The ALJ will obtain supplemental vocational expert testimony to

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 1

determine her ability to perform work-related activities at step five of the sequential evaluation.

Because this remand is pursuant to sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings (*See, Melkonyan v. Sullivan*, 501 U.S. 89 (1991)), plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C § 2412(a),(d), upon proper request to this Court.

Accordingly, this court **reverses** the Commissioner's decision.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated motion for an order of remand (**Ct. Rec. 27**) is G**RANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees and costs may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and **close** this file.

**IT IS SO ORDERED.**

**DATED** this 5th day of November, 2009.

                               *s/James P. Hutton*
                               JAMES P. HUTTON
                       UNITED STATES MAGISTRATE JUDGE