1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

ANITA GLENN,                                )
                                            )
            Plaintiff,                       )
                                            )          NO.   CV-09-3014-JPH
      vs.                                   )
                                            )          **JUDGMENT IN A**
MICHAEL J. ASTRUE,                          )          **CIVIL CASE**
Commissioner of Social Security,            )
                                            )
            Defendant.                      )
                                            )
_____)

## STIPULATION BY THE PARTIES:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

### IT IS ORDERED AND ADJUDGED that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 5th day of November, 2009.


                                  JAMES R. LARSEN
                                  District Court Executive/Clerk


                                  by: __s/ Karen White_____
                                            Deputy Clerk
cc: all counsel